# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| Debtor: | MICHAEL DAVID & CHARLENE F. BOLTON | | |
| Case Number: | 2:09-BK-09275-RTBP | Chapter: | 13 |
| Date / Time / Room: | MONDAY, DECEMBER 14, 2009 10:00 AM   PRESCOTT | | |
| Bankruptcy Judge: | REDFIELD T. BAUM | | |
| Courtroom Clerk: | LORRAINE DAVIS | | |
| Reporter / ECR: | JUANITA PIERSON-WILLIAMS | | |

## *Matter:*

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY BAC HOME LOAN SERVICING, L.P. FKA COUNTRYWIDE HOME LOANS SERVICING, L.P.

R / M #:   17 / 0

## *Appearances:*

MICHAEL J. GORDON, ATTORNEY FOR CHARLENE F. BOLTON, MICHAEL DAVID BOLTON
LEONARD J. MCDONALD, ATTORNEY FOR BAC HOME LOANS

## *Proceedings:*

Mr. McDonald urges the court to grant stay relief. There is no trustee sale pending and there is a loan modification in progress.

Mr. Gordon responds and would like the opportunity for the debtor's to try to remain in the home.

COURT: IT IS ORDERED continuing this matter to 1/25/10 @ 10:00 a.m. The stay will remain in affect
pending further order.