**SO ORDERED.**



**TIFFANY & BOSCO** P.A.

Dated: January 26, 2010

2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

_____
**REDFIELD T. BAUM, SR**
**U.S. Bankruptcy Judge**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-13197/168362630

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Michael David Bolton and Charlene F. Bolton<br>      Debtors.<br>_____<br>BAC Home Loan Servicing, L.P. fka Countrywide Home Loans Servicing, L.P.<br><br>      Movant,<br>  vs.<br><br>Michael David Bolton and Charlene F. Bolton, Debtors; Edward J. Maney, Trustee.<br><br>      Respondents. | No. 2:09-bk-09275-RTBP<br><br>Chapter 13<br><br>ORDER VACATING HEARING<br><br><br>Hearing Date: January 25, 2010<br>Hearing Time: 10:00 a.m. |

Pursuant to Movant's Motion to Vacate Hearing and for good cause appearing;

IT IS HEREBY ORDERED that the hearing scheduled for January 25, 2010 is hereby vacated.

DONE IN OPEN COURT this _____ day of _____, 2010.

_____
Judge of the U.S. Bankruptcy Court